UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:09-cr-85-FtM-29DNF

MARIA ELENA GIRALDO
_____

**<u>OPINION AND ORDER</u>**

    This matter comes before the Court on the issue of defendant's mental competency. Defense counsel suggested that defendant is not competent to stand trial, and the Magistrate Judge conducted an evidentiary hearing. Two expert witnesses came to opposite conclusions, and the magistrate judge issued a Report and Recommendation (Doc. #64) recommending that the Court find defendant competent to stand trial. Defendant filed fact-intensive Objections (Doc. #73) to the Report and Recommendation. After reviewing the matter, the Court concluded that an examination under 18 U.S.C. § 4247(b) was necessary and appropriate to aid the court in its determination of defendant's competency. Defendant was committed to the Federal Detention Center in Miami, Florida for the evaluation. Forensic Psychologist Dr. Jorge Luis, Psy.D., filed a report finding that defendant has a mental disease or defect which is interfering with her ability to properly assist in her own defense, and is therefore not competent to stand trial. Counsel for both sides agreed to the Court's consideration of Dr. Luis's report and his finding.

The Court adopts the Report and Recommendation (Doc. #64), and finds defendant was competent to proceed. In light of the additional evaluation and evidence, the Court finds that defendant is currently incompetent because, while she understands the nature and consequences of the proceedings, she has a mental disease or defect which is interfering with her ability to properly assist in her own defense.

Accordingly, it is now

**ORDERED**:

1. The Court accepts and **adopts** the Report and Recommendation (Doc. #64), and **overrules** the Objections (Doc. #73), as of the date of its issuance.

2. Based upon the further evaluation of Dr. Luis, the Court finds by the preponderance of the evidence that defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to assist properly in her own defense.

3. Defendant is committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) for hospitalization in a suitable facility (a) a reasonable period of time not to exceed four (4) months as is necessary to determine whether there is a substantial probability that in the foreseeable future she will attain the capacity to permit the proceedings to go forward, and (b) for an additional reasonable period of time until her mental

condition is so improved that trial may proceed, or the pending charges against her are disposed of according to law. Unless impracticable, the examination shall be conducted in the suitable facility closest to the court.

4. Upon notice from the Attorney General or U.S. Marshal's Service, defendant shall surrender to the facility designated by the Attorney General for the examination on the date set by the Attorney General, or may surrender to the U.S. Marshal's Service in Fort Myers, Florida, which shall cause defendant to be transported to the facility for examination.

5. A psychiatric or psychological report shall be prepared which includes the following information: (a) the defendant's history and present symptoms; (b) a description of the psychiatric, psychological, and medical tests that were employed and their results; (c) the examiner's findings; (d) the examiner's opinions as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense; and (e) the examiner's opinion as to whether there is a substantial probability that in the foreseeable future she will attain the capacity to permit the proceedings to go forward.

6. A copy of the report shall be sent to the following: (a) John E. Steele, United States District Judge, 2110 First Street,

Fort Myers, Fl 33901; (b) Jeffrey Michelland, Assistant U.S. Attorney, 2110 First Street, Fort Myers, Fl 33901; and (c) Donna Elm, Federal Public Defender, 400 North Tampa Street, Suite 2700, Tampa, Florida 33602.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of May, 2012.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of Record
U.S. Pretrial Services
U.S. Marshal
DCCD